UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUSTIN BULLOCK, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

-v-

BIRDWELL CALIFORNIA!, LLC,

                      Defendant.

23-CV-6014 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff Justin Bullock filed a complaint on July 13, 2023. (ECF No. 1.) Defendant Birdwell California!, LLC was served on August 14, 2023, and a response to the complaint was due September 4, 2023. (ECF No. 5.) Defendant has not entered an appearance, however, and no response to the complaint has been filed. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or Defendant's counsel regarding a response to the complaint.

    If Plaintiff fails by April 4, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: March 14, 2024
       New York, New York

                                              _____
                                                 J. PAUL OETKEN
                                                United States District Judge