UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSTIN BULLOCK,

                                    Plaintiff,                    23 Civ. No. 06014 (JPO)

         -against-                                  **PRE-SETTLEMENT**
                                                                           **CONFERENCE ORDER**

BIRDWELL CALIFORNIA!, LLC,

                                  Defendan.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference for **Thursday, May 16, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 246 213 264#.**

      SO ORDERED.

DATED:     New York, New York
                  April 30, 2024

                                                                    _____
                                                                    The Honorable Gary Stein
                                                                    United States Magistrate Judge