UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUSTIN BULLOCK,

                        Plaintiff,                        **23 Civ. No. 6014 (JPO)**

        -against-                                  **<u>RESCHEDULING ORDER</u>**

BIRDWELL CALIFORNIA!, LLC,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Pre-Settlement Conference Call previously scheduled for **Thursday, May 16, 2024** at **11:00 a.m.** is hereby adjourned to **Friday, May 31, 2024** at **11:00 a.m.** (*See* Dkt. Nos. 14, 17). Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 246 213 264#.**

       The Clerk of Court is respectfully directed to terminate the motion at Docket Number 17.

       **SO ORDERED.**

DATED:    New York, New York
               May 15, 2024

                                                       _____
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge